## SUCCESSION OF JAMES DEVINE—LOUIS JOSEPH PECQUET, Appellant.

The privilege of the lessor on the moveables found in the house, yields to that for the funeral expenses of the debtor and family, where there is no other source from which they can be paid ; but it must be placed on the tableau of distribution immediately after such expenses.

APPEAL from the Court of Probates of New Orleans, *Bermudez*, J. This succession consisted of moveables, which were, at the opening of the succession, in the house leased by the opponent, Louis Joseph Pecquet, to the deceased. Pecquet has apppealed from the judgment of the Probate Court placing his privileged claim next after " the funeral and law charges."

*Bodin*, for the appellant.

*Train*, for the curator.

MARTIN, J. Louis Joseph Pecquet is appellant from a judgment overruling his opposition to the tableau of distribution, in which his claim for rent arrear is placed after the general law charges of the succession, while he contends that it ought to come

immediately after the funeral charges. His counsel has relied on the case of *Garretson* v. *His Creditors*, (1 Robinson, 445,) and *Montilly* v. *His Creditors*, (2 Robinson, 350,) decided in March and June, 1842, which fully support him.

It is therefore ordered, that the judgment of the Court of Probates be reversed, as far as it relates to the rank of the opposing creditor, and the tableau amended by placing his claim immediately after the funeral charges ; the costs of the appeal, and those of the court below, to be borne by the estate.